UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER, | No. 2:16-cv-1539 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER BARRETTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.  The complaint was dismissed without leave to amend for failure to state a claim upon which relief could be granted (ECF Nos. 7, 10) and judgment was entered on September 2, 2016 (ECF No. 11).  Presently before the court is plaintiff's request to file a late notice of appeal and notice of appeal.  ECF No. 12.

Pursuant to the Federal Rules of Appellate Procedure, plaintiff had until October 3, 2016,[1] to file a notice of appeal.  See Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed with the district court within thirty days of the entry of judgment).  Plaintiff filed a notice of appeal on October 7, 2016.[2]  ECF No. 12.  Plaintiff acknowledges that his notice of appeal was not filed

---

[1] October 2, 2016, fell on a Sunday.

[2] Pursuant to the prison mailbox rule a document is deemed filed on the date a prisoner signs the document and gives it to prison officials for mailing.  See Houston v. Lack, 487 U.S. 266 (1988).

1

1  within the thirty days after the entry of judgment, and requests that his late appeal be accepted
2  because he was placed in medical isolation for approximately one week due to possible
3  tuberculosis exposure.  ECF No. 12.
4       While plaintiff did not file a notice of appeal within the time provided for by Rule 4(a)(1),
5  Rule 4(a)(5) provides that if the party moves to extend the time to file an appeal within 30 days
6  after the time to file a notice of appeal has expired and shows excusable neglect or good cause,
7  the district court may extend the time to file a notice of appeal.  Because plaintiff filed his request
8  and notice of appeal less than thirty days after the time to file a notice of appeal expired and
9  showed good cause by explaining he had been in medical isolation, the court will grant the
10 request for late filing and the notice of appeal is deemed timely.[3]
11      Accordingly, IT IS HEREBY ORDERED that:
12      1. Plaintiff's request for leave to file a late notice of appeal (ECF No. 12) is granted and
13 the notice of appeal is deemed timely.
14      2. The Clerk of Court is directed to serve a courtesy copy of this order on the Clerk of
15 Court for the Ninth Circuit Court of Appeals.
16 DATED: October 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[3] Rule 4(a)(5)(B) requires that notice be given to other parties when the motion is filed outside the original thirty-day filing period. However, no defendants were served in this case because the complaint was dismissed for failure to state a claim so there were no other parties to notify of the motion.

2